# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF AVENAL, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01212-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　　Plaintiff Alberto Gonzalez ("Plaintiff") is a former California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 9, 2012, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days.  ECF No. 8.  Plaintiff filed for, and received, two extensions of time, with a deadline of July 24, 2012.  ECF No. 12.  As of the date of this order, Plaintiff has not responded.

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim.  Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

　　Dated:　**August 15, 2012**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1