# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF AVENAL, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-01212-DLB PC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** (ECF No. 13)<br><br>**ORDER DIRECTING CLERK OF THE COURT TO FILE COMPLAINT IN THIS ACTION** |

Plaintiff Alberto Gonzalez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On March 9, 2012, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days. ECF No. 8. Plaintiff moved for, and received, two extensions of time, with a deadline of July 24, 2012. ECF No. 12. No amended complaint was filed. On August 16, 2012, the Court issued an order to show cause why this action should not be dismissed. ECF No. 13. On August 31, 2012, Plaintiff filed his response. ECF No. 14. Accordingly, it is HEREBY ORDERED that the Order to Show Cause is discharged.

Plaintiff contends that he filed his amended complaint, which was filed as a new action, 1:12-cv-01044-GSA PC. It appears that Plaintiff failed to list the appropriate case number in the caption of his complaint. Plaintiff is warned that failure to provide the appropriate case number in all filings with the Court may result in Plaintiff's documents being filed improperly. In the interest of justice,

1

1  the Court will direct the Clerk of the Court to file Plaintiff's complaint in this action.

2  Accordingly, it is HEREBY ORDERED that the Clerk of the Court is to docket Plaintiff's

3  complaint in case 1:12-cv-01044-GSA PC, filed at ECF No. 1, as an amended complaint in this

4  action.

7  IT IS SO ORDERED.

8  Dated:   **November 27, 2012**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE

2